ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
Oct. 13, 1994
Before REAVLEY, GARWOOD and EMILIO M. GARZA, Circuit Judges.
PER CURIAM:
The petition for rehearing by Angelina County and Sheriff Mike Lawrence is denied. No request having been made for a poll on rehearing en banc, the Suggestion for Rehearing En Banc is also denied. We express no opinion and preclude no recourse by petitioners pursuant to the recently enacted Violent Crime Control and Law Enforcement Act .of 1994, 140 Cong. Rec. #8772-03, 18 U.S.C. Sec. 3626.